**Appeal Reinstated and Order filed May 30, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-11-00039-CV
_____

**MELANIE DORSETT, AS EXECUTRIX OF MELANIE FOSTER'S ESTATE, Appellant**

**V.**

**HISPANIC HOUSING AND EDUCATION CORPORATION, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2008-31769**

---

## A B A T E M E N T   O R D E R

On September 29, 2011, this court abated this appeal on appellee's motion pending the Texas Supreme Court's ruling on their motion to stay and petition for writ of mandamus. The Texas Supreme Court disposed of both on November 4, 2011. The parties failed to advise this court of the disposition.

The appeal is reinstated. Appellee is ordered to file a brief in this appeal on or before **June 29, 2012.**

PER CURIAM